**UNITED STATES of America,**
**Appellee,**

v.

**Raymond CAMPBELL, Appellant.**

**No. 99–3388.**

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 27, 2000.

Filed Jan. 25, 2001.

South Dakota.

Before McMILLIAN, ROSS, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Raymond Campbell was convicted of two drug offenses and one firearm offense, and was sentenced to an aggregate of 160 months imprisonment and five years supervised release. On appeal, this court reversed the district court's drug-quantity finding attributing two kilograms of cocaine to Mr. Campbell as relevant conduct, rejected all of his other arguments (including his challenge to the inclusion of seven ounces of methamphetamine), affirmed his convictions and sentences in all other respects, and remanded °for resentencing. *See United States v. Campbell,* 150 F.3d 964, 965–67 (8th Cir.1998).

Over Mr. Campbell's objection, the district court[1] again attributed the seven ounces of methamphetamine to him as relevant conduct, and sentenced him to an aggregate of 140 months imprisonment and five years supervised release. On appeal from resentencing, Mr. Campbell's counsel challenges the inclusion of the methamphetamine, and has moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mr. Campbell has not filed a pro se supplemental brief.

Because we previously affirmed the district court's drug-quantity finding attributing the seven ounces of methamphetamine to Mr. Campbell, counsel's attempt to relitigate the issue in this appeal is foreclosed. *See United States v. Behler,* 187 F.3d 772, 776 (8th Cir.1999); *United States v. Bartsh,* 69 F.3d 864, 866 (8th Cir.1995). Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.